**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PORFIRIO HERRERA-LARA, )<br>a/k/a Omar Lara-Monje, )<br>a/k/a Omar Lara, )<br>)<br>Defendant. ) | 3:14-CR-062-MMD-(WGC) |

**FINAL ORDER OF FORFEITURE**

On May 8, 2015, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(a)(1), (a)(2), and (p) based upon the plea of guilty by defendant PORFIRIO HERRERA-LARA, a/k/a Omar Lara-Monje, a/k/a Omar Lara, to the criminal offenses, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the Second Superseding Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant PORFIRIO HERRERA-LARA, a/k/a Omar Lara-Monje, a/k/a Omar Lara, pled guilty. Second Superseding Indictment, ECF No. 90; Change of Plea, ECF No. 104; Plea Agreement, ECF No. 105; Preliminary Order of Forfeiture, ECF No. 108.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively

from May 13, 2015, through June 11, 2015, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 112.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(a)(1), (a)(2), and (p); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. United States Currency: that is, $15,030 recovered from a black Chevy Tahoe bearing California license plate 6LQC976 operated by Porfirio Herrera-Lara on August 8, 2014;

2. a Smith & Wesson .38 caliber handgun, bearing serial number BSC6691, recovered from a Black Chevy Tahoe bearing California license plate 6LQC976, operated by the Porfirio Herrera-Lara on or about August 8, 2014, and any ammunition therefor; and

3. a Norinco semi-automatic rifle 7.62x39 mm, bearing serial number 9313514, recovered from 2312 Wedekind Road #3, Reno, Nevada on or about August 8, 2014, and any ammunition therefor.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

1    The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2    certified copies to the United States Attorney's Office.
3    DATED this 11th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE